IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   12-cv-00970-CMA-MJW

5280 REALTY, INC., a Colorado corporation,

Plaintiff(s),

v.

5280 GROUP, LLC., a Colorado limited liability company,
MOMENTUM REALTY, LLC, a Colorado limited liability company d/b/a RE/Max Momentum,
GREGORY KEATING, a Colorado resident,
ERICA E. HAGMAN, a Colorado resident,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant Gregory Keating and the 5280 Group, LLP's Motion for An Expedited Ruling Re: Amended Motion to Compel Discovery Responses (docket no. 52) is GRANTED finding good cause shown.

It is FURTHER ORDERED that Defendants Gregory Keating and the 5280 Group, LLP's Motion to Compel Discovery Responses (docket no. 49) is GRANTED. The Plaintiff has failed to file any timely response to this motion and this court deems this motion confessed.  See signed written Order Re: Defendants Gregory Keating and the 5280 Group, LLP's Amended Motion to Compel Discovery Responses (docket no. 49-1).

It is FURTHER ORDERED that Defendants Gregory Keating and the 5280 Group, LLP's Motion to Compel Discovery Responses (docket no. 47) is GRANTED finding good cause shown.  The Plaintiff has failed to file any timely response to this motion and this court deems this motion confessed.  The Plaintiff shall provide discovery responses to Defendants Gregory Keating and the 5280 Group, LLP to those discovery requests contained in this motion on or before October 25, 2012.

Date: October 15, 2012