UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00970-CMA-MJW

5280 REALTY, INC., a Colorado corporation

    Plaintiff,

v.

THE 5280 GROUP, LLC, a Colorado limited liability company,
MOMENTUM REALTY, LLC, d/b/a RE/MAX MOMENTUM, a Colorado limited liability company,
GREGORY KEATING, an individual,
ERICA E. HAGEMAN, an individual,

    Defendants.

---

**ORDER RE: DEFENDANTS GREGORY KEATING AND THE 5280 GROUP, LLC'S AMENDED MOTION TO COMPEL DISCOVERY RESPONSES**
( Docket p: 44-1 )

---

The Court, having reviewed Defendants Gregory Keating and the 5280 Group, LLC's (hereinafter "Keating" collectively) Amended Motion to Compel Discovery Responses, and having found good cause therefore, hereby FINDS and ORDERS as follows:

1. Plaintiff has failed to properly respond to Keating's interrogatories and requests for production, attached as Exhibit 2 to Keating's Amended Motion, as required by Fed. R. Civ. P. 33(b) and 34(b). Plaintiff has no substantial justification for its failure to respond in a timely or appropriate manner.

2. The Court FINDS that Keating's Interrogatories 1-17 and Requests for Production 1-8 and 10 are relevant for the purposes of discovery. Such evidence need not be "admissible at trial" so long as it "appears reasonably calculated to lead to the discovery of admissible

evidence." Fed. R. Civ. P. 26(b)(1). The Court concludes that Keating's discovery is reasonably calculated to lead to discovery of admissible evidence on Plaintiff's claims, Keating's defenses and/or Keating's counterclaim. The Court rejects Plaintiff's objections based on relevance, undue burden and vagueness. The Court similarly rejects Plaintiff's undefined claims of privacy or confidentiality.

3. Plaintiff is hereby ORDERED to serve full and complete responses to Interrogatories 1-17 and Requests for Production 1-8 and 10 to Keating within ~~seven (7)~~ 10 days of this Order.

4. Pursuant to Fed. R. Civ. P. 37(a)(5), Keating is entitled to an award of costs and attorneys' fees associated with the filing of its original Motion and its Amended Motion. Keating is hereby ORDERED to submit a bill of costs associated with the filing of its motion within fourteen (14) days of this Order. ⊛

Dated at Denver, Colorado, this 15th of October, 2012.

⊛ 5. Discovery cut-off date is extended to November 16, 2012.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2