IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00970-CMA-MJW

5280 REALTY, INC., a Colorado corporation,

Plaintiff(s),

v.

5280 GROUP, LLC., a Colorado limited liability company,
MOMENTUM REALTY, LLC, a Colorado limited liability company d/b/a RE/Max Momentum,
GREGORY KEATING, a Colorado resident,
ERICA E. HAGMAN, a Colorado resident,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants Gregory Keating and the 5280 Group, LLC's Motion to Vacate Pretrial Conference (Docket No. 63) is granted.  The Final Pretrial Conference set on February 12, 2013, at 9:30 a.m. is VACATED and RESET on March 21, 2013, at 11:00 a.m.  The proposed Final Pretrial Order shall be filed on or before March 15, 2013.

Date: January 17, 2013