**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00970-CMA-MJW

5280 REALTY, INC., a Colorado corporation,

    Plaintiff,

v.

THE 5280 GROUP, LLC, a Colorado limited liability company,
MOMENTUM REALTY, LLC,
   d/b/a RE/MAX MOMENTUM, a Colorado limited liability company,
GREGORY KEATING, and
ERICA E. HAGEMAN,

    Defendants.

## ORDER VACATING EXISTING DEADLINES AND HEARING DATES

This matter is before the Court on the parties' Notice of Settlement (Doc. # 85), filed April 26, 2013 and signed by all parties concerned. In light of this Notice of Settlement, all existing case deadlines, hearing and conference dates are VACATED.

IT IS FURTHER ORDERED that the parties shall file appropriate settlement documents terminating this case with the Court **no later than May 10, 2013.**

DATED: April __29__, 2013

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge