**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00970-CMA-MJW

5280 REALTY, INC., a Colorado corporation,

    Plaintiff,

v.

THE 5280 GROUP, LLC, a Colorado limited liability company,
MOMENTUM REALTY, LLC, d/b/a RE/MAX MOMENTUM, a
Colorado limited liability company,
GREGORY KEATING, and
ERICA E. HAGEMAN,

    Defendants.

## ORDER TO FILE STATUS REPORT REGARDING DISMISSAL PAPERS

This matter comes before the Court *sua sponte* upon a review of the record. On April 29, 2013, the Court vacated existing deadlines and hearing dates, upon both parties' representation that settlement was imminent. (See Doc. #85). In that order, the Court ordered that the parties file appropriate settlement documents by no later than May 10, 2013. (*See* Doc. # 86).

The Court notes that the parties neither timely filed the settlement documents nor requested an extension of time. Accordingly, it is

ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a), on or before June 7, 2013, or a status report on or before that date explaining why dismissal has not been accomplished.

DATED: May 31, 2013.

BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
United States District Judge